IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

MONROE OLIVER,

    Petitioner,

vs.

DARRELL HART, Warden,

    Respondent.

CIVIL ACTION NO.: CV608-112

## ORDER

On July 21, 2009, Magistrate Judge James E. Graham entered a Report recommending that Respondent's Motion to Dismiss be granted. The Report also recommended that the petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254 be dismissed, as it was not timely filed. Petitioner's Objections are not responsive to the Report and Recommendation. After an independent review of the record including, Petitioner's objections, the Court concurs with the Magistrate Judge's Report and Recommendation and adopts it as the opinion of the Court.

Respondent's Motion to Dismiss is **GRANTED**. The petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, is **dismissed**, with prejudice. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

SO ORDERED, this _24_ day of _August_, 2009.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA